Opinion filed June 7, 2007 















 
 
  
 
 







 
 
  
 
 




Opinion filed June 7, 2007 

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh Court of Appeals

                                                                   __________

 

                                                          No. 11-06-00238-CV 

                                                     __________

 

                      WILLIAMSON
TEXAS RANCH,
L.L.C., Appellant

 

                                                             V.

 

                           CROTON
CREEK RANCH, L.L.C., Appellee

 



 

                                          On
Appeal from the 50th District Court

 

                                                           Knox
 County, Texas

 

                                                     Trial
Court Cause No. 9032

 



 

                                             M
E M O R A N D U M   O P I N I O N

Williamson Texas Ranch, L.L.C. has filed in this
court a motion to dismiss its appeal.  In
its motion, Williamson states that the parties have fully and finally compromised
and settled their dispute.  The motion is
granted, and the appeal is dismissed.

 

PER CURIAM

June 7, 2007

Panel
consists of:  Wright, C.J.,

McCall,
J., and Strange, J